## SUPREME COURT.

### Van Steenburgh agt. Hoffman.

The report of a referee to whom all the issues are referred must state all the
material facts put in issue and found by him, as well as his conclusions of
law.   The unsuccessful party has a right to have these placed upon the
record.

No notice of the report or service of a copy thereof is necessary before enter-
ing up judgment.

It *seems* in all cases every material issue should be passed upon, at least, if
desired by the parties.

*Fulton Special Term, May* 1852.   This was a motion for the
purpose among other things, of having the judgment entered
up. on a report of a referee set aside; and. that the referee,
state the facts found by him and his conclusions of law.

A. Meeker, *for the Motion.*

J. W. Culver, *Contra.*

Hand, Justice.—This was an action to recover money only,
and in such cases, the jury in their discretion, may render a
general or special verdict (*Code*, § 261).   But the court may re-
quire the jury " to find upon particular questions of fact" (*id*).
And this finding controls the general verdict (*id.* § 262).   It is
not necessary, in this case, to decide whether the court, where a
trial by jury is waived, may make a general decision, without
finding all the issues, separately.   In strictness, as I understand
the old practice, although in many cases, a general verdict was
taken; yet, particularly where there were different causes of ac-
tion, or where the finding upon one issue did not necessarily dis-
pose of all of the rest, the issues were, as a general rule, all
passed upon (1 *Burr. Pr.* 236; Van Benthuysen vs. DeWitt, 4
*J. R.* 213;  Graves vs. Morley, 3 *Lev.* 55;  Patterson vs. U. S., 2
*Wheat. R.* 22; Hanna vs. Mills, 21 *Wend.* 90; Boynton vs. Page,
13 *id.* 425; 3 *Chitt. Gen. Pr.* 476-7; and see Moore vs. Butlin,
7 *Ad. & E.* 595; 1 *Saund. R.* 27, 28, *n. d.,* 6 *ed.*).   That would
seem to be correct practice under our new system of pleading.

If desired by either party, on a trial by the court, surely the material facts should be stated (and see the practice under the new system of pleading in England, 3 *Chitt. Gen. Pr.* 919, 921). But however that may be, the referee must state all the material facts put in issue and found by him. The unsuccessful party has a right to have these, as well as his conclusions of law, placed upon the record (*Code,* § 272, 281, 348).

Where all the issues are referred, the prevailing party need not give notice of the report, or furnish a copy of it. Judgment is of course (*Code,* § 278, 272).

Perhaps the report could be amended, *nunc pro tunc;* but this might deprive the defendant of his appeal. The report must be corrected, and a new judgment can then be entered up thereupon.

Ordered accordingly.